# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80912-CIV-DIMITROULEAS

TINA COHEN, individually,
and on behalf of others similarly situated,

      Plaintiff,

v.

VINEYARD VINES RETAIL, LLC
a Connecticut limited liability company,
doing business as "Vineyard Vines",

      Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Tina Cohen, Plaintiff in the above styled action, hereby appeals

to the United States Court of Appeals for the Eleventh Circuit from the Order of Dismissal for

Lack of Subject Matter Jurisdiction [ECF No. 22] entered in this action on December 5, 2019, a

copy of which is filed contemporaneously herewith as "Exhibit A."

                             Respectfully submitted,

                             */s/ Scott D. Owens*
                             Scott D. Owens, Esq.
                             Florida Bar No. 0597651
                             3800 S. Ocean Dr., Ste. 235
                             Hollywood, FL 33019
                             Tel:954-589-0588
                             Fax: 954-337-0666
                             scott@scottdowens.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 3, 2020, I electronically field the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Scott D. Owens*
Scott D. Owens, Esq.