**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY_____AP____D.C.

Mar 13, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 13, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  20-10080-EE
Case Style:  Tina Cohen v. Vineyard Vines Retail, LLC
District Court Docket No:  9:19-cv-80912-WPD

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is
issued as the mandate of this court. <u>See</u> 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE/lt
Phone #: (404) 335-6173

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-10080-EE
_____

TINA COHEN,
individually, and on behalf of other similarly situated individuals,

Plaintiff - Appellant,

versus

VINEYARD VINES RETAIL, LLC,
a Connecticut limited liability company,
d.b.a. Vineyard Vines,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Tina Cohen's motion for voluntary dismissal,
FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered
dismissed on this date, effective March 13, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Elora Jackson, EE, Deputy Clerk

FOR THE COURT - BY DIRECTION